AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DENNIS W. ALNUTT,

                                                                                                   JUDGMENT IN A CIVIL CASE

v.

AL ROSSI and S. COLLINS

                                                                          CASE NUMBER: CV-09-180-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.


November 25, 2009                                        JAMES R. LARSEN
*Date*                                                                        *Clerk*
                                                                              s/ Virginia Reisenauer
                                                                              *(By) Deputy Clerk*
                                                                              Virginia Reisenauer